UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY

EULA G. COLLINS,

        Plaintiff,

vs.                                  CASE NO. 6:13-cv-00148-GFVT

PRUDENTIAL INSURANCE,

        Defendant.

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, Quintairos, Prieto, Wood & Boyer, P.A. and Seyfarth Shaw LLP, and pursuant to Federal Rules of Civil Procedure 12(b)(6), hereby submits this Motion to Dismiss Plaintiff's Complaint. In support of this Motion, and as further explained in its accompanying Memorandum of Law in Support of its Motion, Prudential states as follows:

1.      Plaintiff Eula G. Collins ("Plaintiff") sues under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.,* seeking disability benefits under the terms of an employee group disability plan (the "Plan") issued by Prudential pursuant to Group Contract No. 42128. The Plan is attached to this motion as Exhibit 1.

2.      As is more fully set forth in the accompanying memorandum of law in support, because Plaintiff failed to bring this action within the applicable plan limitations period, her Complaint should be dismissed with prejudice.

**WHEREFORE**, for the foregoing reasons, and those stated in the accompanying memorandum of law, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice, and grant any further relief deemed just and appropriate under the circumstances.

16013723v.1

|  |  |
|---|---|
| DATED: August 22, 2013 | Respectfully submitted,<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>s/Heather C. McGregor<br>One of Its Attorneys<br><br>Heather C. McGregor<br>QUINTAIROS, PRIETO, WOOD & BOYER, P.A.<br>9300 Shelbyville Road<br>Suite 400<br>Louisville, KY 40222<br>Telephone: (502) 423-6390<br>Facsimile: (502) 423-6391<br>E-mail: hmcgregor@qpwblaw.com |

16013723v.1

## CERTIFICATE OF SERVICE

I do hereby certify that on August 22, 2013, I electronically filed the foregoing DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT using the Court's CM/ECF method which will send a notice of electronic filing to the following counsel of record:

> Monica Rice Smith
> P.O. Box 1620
> Hyden, Kentucky 41749
> *Attorney for Plaintiff*

        s/Heather C. McGregor
        Heather C. McGregor